## NOTICE OF CLAIM

PLAINTIFF: CEDRIC B JOHNSON
4350 W CAMELBACK RD, #1060
GLENDALE AZ, 85301



JULY 9TH, 2023

DEFENDANT: STATE OF ILLINOIS
450 E COURT STREET
KANKAKEE IL, 60901

9589 0710 5270 0698 6757 61

RE: Complaint for Unlimited Civil Action

The basis for my claim is as follows:

As a result of the following actions leading to the violation of my Constitutional Rights, Rights Under a Person of Color, Human Rights, and Natural Rights as a man executed by the Honorable Judge Marlowe Jones, DeAndra Smith- Carney and Jeanna Cross, Sandra Cianci on the Behalf of the STATE OF ILLINOIS.

I, Cedric Johnson, being of sound mind and legal age, with sincere intent in truth hereby declare under penalty of perjury that the following statements are true, correct, complete, certain, and admissible as evidence, reasonable and not misleading to the best of my knowledge and belief. I have been subject to Extrinsic Fraud of the Court, Malicious Prosecution, Violation of due process, Abuse of Authority, Misconduct of Judicial Personnel, Violation of Procedures of the Court, and many more severe violations of my fundamental right, as well as various forms of mistreatment and disregard for my well-being. These actions have caused significant emotional distress, financial losses, and reputational damage.  As a result of the actions leading to the direct violation of my rights, executed by the above stated in the claim, I suffered significant damages including but not limited to:

1. Loss of Finances and earning capacity
2. Emotional Distress includes anxiety, depression, and post-traumatic stress disorder.
3. Loss of companionship or consortium
4. Loss in confidence in the competency of the State
5. Pain and Suffering

## VIOLATIONS OF ACTIONS

1. Extrinsic Fraud of the Court
2. Malicious Prosecution
3. Violation of Due Process
4. Violation of Judicial Code of Conduct
5. Misconduct of Judicial Officers of the Court
6. Abuse of Authority
7. Violation of Procedure of Court
8. Coercion

I request that the courts demand the immediate cease of any further actions that have caused me harm and seek due process and recourse, remedy and restitution for the damage caused. BE ADVISED please see the attached documents.

I am seeking the following relief **REQUIRED REMEDY AND RESTITUTION**
Considering the damage, I demand the following remedy and restitution.

1. Settlement in the amount and sum of 25 million dollars.

2. Vacate case and return all files.

3. Written or verbal apology from the State of Illinois.

4. No retaliation from the State Regarding the Lawsuit

In conclusion, I solemnly affirm that I have diligently pursued justice by submitting multiple affidavits, exercising my rights in accordance with the Constitution of the United States of America, voicing my concerns in and out of court, and making multiple phone calls and emails. Despite the efforts, the inalienable rights of myself are being infringed upon.

If you are willing to resolve the matter outside of court, please contact me as soon as possible to discuss a potential settlement agreement.

Signed _[signature]_                         All Rights Reserved UCC 1-308