# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| **Cedric B. Johnson** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | )  Case Number: 2:23-cv-2156 |
| | ) |
| **State of Illinois** | ) |
| | ) |
| **Defendant.** | ) |

### JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT**.   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT**.   This action came before the Court, and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED** that Plaintiff recovers nothing from his claims. This case is terminated.

**Dated: 2/15/2024**

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court
